McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTA ALICIA LUJANO GONZALEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., <br><br> Defendants. | CASE NO. 2:20-CV-1262 WBS <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    The parties respectfully stipulate that the time for filing the joint status report be extended to December 3, 2020.

                                              Respectfully submitted,

Dated: November 23, 2020                    McGREGOR W. SCOTT
                                                    United States Attorney

                                        By: /s/ AUDREY B. HEMESATH
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney

                                                /s/ JAMES BETZOLD
                                                JAMES BETZOLD
                                                Counsel for Plaintiffs

1

ORDER

IT IS SO ORDERED.

Dated: November 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE