McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTA ALICIA LUJANO GONZALEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., <br><br> Defendants. | CASE NO. 2:20-CV-1262 WBS <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties respectfully stipulate that the time for filing the joint status report be extended to December 21, 2020, and the status conference be reset to January 4, 2020.

Respectfully submitted,

Dated: December 3, 2020         McGREGOR W. SCOTT
                                United States Attorney

                        By:  /s/ AUDREY B. HEMESATH
                             AUDREY B. HEMESATH
                             Assistant United States Attorney


                             /s/ JAMES BETZOLD
                             JAMES BETZOLD
                             Counsel for Plaintiffs

1

ORDER

        It is so ordered.  The Scheduling Conference is reset for **January 4, 2021 at 1:30 p.m.** A joint status report shall be filed no later than December 28, 2020 and pursuant to the Court's order filed June 24, 2020 (Docket No. 3).

    Dated:  December 3, 2020

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE