McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BERTA ALICIA LUJANO GONZALEZ, ET AL., | CASE NO. 2:20-CV-1262 WBS |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

    The parties respectfully stipulate that the status conference be reset to February 16, 2021, and the joint status report be filed by February 2, 2021. The reason for this continuance is that one plaintiff has now been placed on the U-visa wait list, and the other plaintiff is in the process of responding to a recently-issued request for evidence.

1

                                                Respectfully submitted,

Dated:  December 10, 2020　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:  /s/ AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ JAMES BETZOLD
　　　　　　　　　　　　　　　　　　　　JAMES BETZOLD
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs


　　　　　　　　　　　　　　　　　　ORDER

It is so ordered.

Dated:  December 11, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2